# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): Knoxville/Knox County

Defendant Information:

Juvenile ____ Yes __X__ No     Matter to be Sealed: __X__ Yes ____ No

Defendant Name: **Benjamin Alan Carpenter, a/k/a "Abu Hamza"**

Interpreter: No __X__ Yes ____ Language ____

Total # of Counts: ____ Petty ____ Misdemeanor (Class ___) __1__ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Attempted Provision of Material Support to a Designated Foreign Terrorist Organization - 18 U.S.C. § 2339B(a)(1) | 1 |

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No ____ Yes ____ Case No. _____

Related Case(s):

_____
Case Number     Defendant's attorney     How related

## Criminal Informations:

Pending criminal case: No ____ Yes ____ Case No. _____

New Separate Case _____ Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: ____     Appointed: ____

Date: March 30, 2021     Signature of AUSA: _[signature]_