FBI

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee

RECEIVED BY: [signature]
DATE: 3/24/21  TIME: 8:00 Am

FILED
U.S. MARSHAL EDTN
KNOXVILLE, TN

MAR 26 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

SEALED

| | |
|---|---|
| United States of America<br>v.<br>BENJAMIN ALAN CARPENTER<br>a/k/a "Abu Hamza"<br><br>Defendant | Case No. 3:21-CR-38 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BENJAMIN ALAN CARPENTER, a/k/a "Abu Hamza",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violations of 18 U.S.C. § 2339B (Providing material support or resources to designated foreign terrorist organizations).

Date: 03/23/2021

[signature]
*Issuing officer's signature*

City and state: Knoxville, Tennessee

Jason Huffaker, DC
*Printed name and title*

### Return

This warrant was received on *(date)* 03/23/2021, and the person was arrested on *(date)* 03/24/2021
at *(city and state)* Knoxville, TN.

Date: 03/24/2021

[signature]
*Arresting officer's signature*

Jessi Mann, Special Agent
*Printed name and title*

FID: 11254046

2174-6324-0946-J