# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:21-cr-38  **Date:** April 5, 2021

United States of America  **vs.**  Benjamin Carpenter

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | Elizabeth Coffey | Jimmy Snodgrass |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |

| Casey Arrowood | Travis Worthington | Benjamin Sharp |
|---|---|---|
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ☐ preliminary hearing ☑ detention hearing. Hearing held.

☑ Defendant sworn.
☐ Parties agreed to conditions of release.
☑ Government requested detention of the defendant and arguments heard.
☑ Exhibits marked and admitted.
☑ Witnesses sworn and testimony heard.

### Court Findings:

☐ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
☐ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
☐ Court set an additional hearing and remanded the defendant to custody pending that hearing.
☑ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

☐ **Hearing to continue:**
☐ **Other Hearing:**

☑ Defendant remanded to custody. ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 1:30 **to** 3:15

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ _ _