✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |
|---|---|---|

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| BENJAMIN CARPENTER | Case Number: 3:21-CR-38 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Debra C. Poplin | Casey Arrowood | Benjamin Sharp |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| April 5, 2021 | Elizabeth Coffey | Rachel Stone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/5/2021 | X | X | Indictment |
| 2 | | 4/5/2021 | X | X | Redacted Search Warrant Affidavit |
| 3* | | 4/5/2021 | X | X | "From Dabiq to Rome" Newsletter Issue #28 |
| 4* | | 4/5/2021 | X | X | "From Dabiq to Rome" Newsletter Issue #29 |
| 5* | | 4/5/2021 | X | X | "From Dabiq to Rome" Newsletter Issue #30 |
| 6* | | 4/5/2021 | X | X | Photograph from Search of Premises |
| 7* | | 4/5/2021 | X | X | ATP Group Communications |
| 8* | | 4/5/2021 | X | X | Photograph from Search of Premises |
| 9* | | 4/5/2021 | X | X | ATP Group Communications |
| 10 | | 4/5/2021 | X | X | USAO-NDIL Press Release (September 20, 2016) |
| 11 | | 4/5/2021 | X | X | U.S. Department of the Treasury Press Release (September 10, 2019) |
| 12 | | 4/5/2021 | X | X | Radio Free Europe Article (October 24, 2019) |
| 13 | | 4/5/2021 | X | X | U.S. Department of Justice Press Release (August 30, 2019) |
| 14 | | 4/5/2021 | X | X | Press Association Regional Newswire Article: West Midlands (October 19, 2020) |
| 15* | | 4/5/2021 | X | X | Article: "The Issue of Beheading" |
| 16* | | 4/5/2021 | X | X | Article: "The Islamic Ruling on the Permissibility of Self-Sacrificial Operations" |
| 17* | | 4/5/2021 | X | X | Article: "A Treatise on the Legal Status of Using Weapons of Mass Destruction Against Infidels" |
| 18* | | 4/5/2021 | X | X | Article: "Ruling on Fighting Americans Outside Iraq" |
| 19* | | 4/5/2021 | X | X | Article: "The Clarification Regarding Intentionally Targeting Women and Children" |
| 20* | | 4/5/2021 | X | X | Video: "For the Sake of Allah" |
| 21* | | 4/5/2021 | X | X | Video: "The Rank" |
| 22* | | 4/5/2021 | X | X | ATP Group Communications |

* Sealed exhibits

Page 1 of 2 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | US vs. Benjamin Carpenter | | | CASE NO. 3:21-cr-38 |
| 23* | | 4/5/2021 | X | X | ATP Group Communications |
| 24* | | 4/5/2021 | X | X | ATP Group Communications |
| 25* | | 4/5/2021 | X | X | Amended Pretrial Services Report |
| | W | 4/5/2021 | | | Denise Carpenter |

Page 2 of 2 Pages