UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN ALAN CARPENTER<br>a/k/a "Abu Hamza" | Case No. 3:21-CR-38<br><br>Judges Crytzer / Poplin |

## MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING DISCOVERY

The United States of America, by Francis M. Hamilton III, Acting United States Attorney for the Eastern District of Tennessee, hereby respectfully moves for the entry of a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and in support thereof states as follows:

1. Defendant BENJAMIN ALAN CARPENTER has been charged by indictment with one count of attempting to provide material support or resources to the Islamic State of Iraq and al-Sham, a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B(a)(1).

2. Because this case involves national security matters, the discovery materials may include information relevant to ongoing national security investigations and prosecutions, and may implicate the privacy interests of the Defendant and third parties.

3. Therefore, the Government wishes to provide discovery materials to the defense subject to protections regarding the use, disclosure, and security of discovery materials as described in the proposed protective order submitted with this Motion.

4. The undersigned counsel has discussed the proposed protective order with counsel for the Defendant. Counsel for the Defendant has advised that he objects to the proposed protective order.

For the reasons set forth above, the Government respectfully requests that the Court enter the proposed protective order submitted with this Motion.

Respectfully submitted on April 7, 2021.

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

By: /s/ Casey T. Arrowood
Casey T. Arrowood
Assistant United States Attorney
TN BPR No. 038225
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov
