UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN ALAN CARPENTER<br>a/k/a "Abu Hamza" | Case No. 3:21-CR-38<br><br>Judges Crytzer / Poplin |

## MOTION TO UNSEAL EXHIBIT

The United States of America, by and through the Acting United States Attorney for the Eastern District of Tennessee, moves to unseal Exhibit 6 that was presented by the Government in the detention hearing held in the above-captioned matter on April 5, 2021.

On April 5, 2021, the Court held a detention hearing in the above-captioned matter. During the course of that hearing, the Government presented several exhibits. On the same day, the Government filed a Motion asking the Court to seal Exhibits 3 through 9 and 15 through 25 for a period of 180 days. [*See* Doc. 13.] The Court granted the Motion. [*See* Doc. 14.]

Upon further consideration, the Government respectfully submits that Exhibit 6 may be unsealed at this time. The public disclosure of Government's Exhibit 6 would not have a significant or negative impact on the continuing investigation and would not jeopardize its effectiveness. Moreover, Government's Exhibit 6 does not include any allegations of a sensitive nature and would not result in serious negative consequences for any identified individuals.

Accordingly, the United States moves the Court to unseal Government's Exhibit 6 which was presented during the detention hearing in this case.

Respectfully submitted on April 7, 2021.

                                          FRANCIS M. HAMILTON III
                                        ACTING UNITED STATES ATTORNEY

By:   */s/ Casey T. Arrowood*
        Casey T. Arrowood
        Assistant U.S. Attorney
        TN BPR No. 038225
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        (865) 545-4167
        Casey.Arrowood2@usdoj.gov