UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN ALAN CARPENTER<br>a/k/a "Abu Hamza" | Case No. 3:21-CR-38<br><br>Judges Crytzer / Poplin |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE

The United States of America, by Francis M. Hamilton III, Acting United States Attorney for the Eastern District of Tennessee, hereby submits this response to the Defendant's Motion to Continue Trial, All Other Dates and Deadlines. [Doc. 23.]

On April 22, 2021, Defendant Benjamin Carpenter filed a Motion to Continue Trial. The United States has reviewed the Defendant's Motion and does not object to the requested continuance.

Respectfully submitted on April 26, 2021.

                                                              FRANCIS M. HAMILTON III
                                                              ACTING UNITED STATES ATTORNEY

By:    */s/ Casey T. Arrowood*
       Casey T. Arrowood
       Assistant United States Attorney
       TN BPR No. 038225
       800 Market Street, Suite 211
       Knoxville, TN 37902
       (865) 545-4167
       Casey.Arrowood2@usdoj.gov