UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN ALAN CARPENTER<br>a/k/a "Abu Hamza" | Case No. 3:21-CR-38<br><br>Judges Crytzer / Poplin |

**SUPPLEMENT TO MOTION FOR PROTECTIVE ORDER GOVERNING DISCOVERY**

      The United States of America, by Francis M. Hamilton III, Acting United States Attorney for the Eastern District of Tennessee, hereby respectfully submits this supplement in support of the Motion for Entry of Protective Order Governing Discovery, Doc. 17.

      1.     On May 4, 2021, the Court held a hearing on the Government's Motion for Entry of a Protective Order.  (*See* Doc. 25.)  During the hearing, the Defendant raised several objections to the protective order proposed by the Government.  The Court directed the parties to confer and, if possible, submit an agreed modified proposed protective order for the Court's consideration.

      2.     The parties have conferred and have agreed to the modified proposed protective order filed as an attachment to this supplement.

      3.     For the reasons stated by the Government in its Motion for a Protective Order and during the motion hearing on May 4, 2021, the Government respectfully requests the Court enter the modified proposed protective order governing discovery in this case.

Respectfully submitted on May 15, 2021.

                                            FRANCIS M. HAMILTON III
                                            ACTING UNITED STATES ATTORNEY

By:    */s/ Casey T. Arrowood*
        Casey T. Arrowood
        Assistant United States Attorney
        TN BPR No. 038225
        800 Market Street, Suite 211
        Knoxville, TN 37902
        (865) 545-4167
        Casey.Arrowood2@usdoj.gov

2

Case 3:21-cr-00038-KAC-DCP   Document 27   Filed 05/15/21   Page 2 of 2   PageID #: 189