UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No: 3:21-CR-38 |
| v. | ) | |
| | ) | |
| BENJAMIN ALAN CARPENTER, | ) | |

## MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR A *FARETTA* HEARING

Benjamin G. Sharp, Federal Defender Services of Eastern Tennessee, Inc., appointed counsel for the defendant, Benjamin Alan Carpenter respectfully moves the Court to release FDSET from appointment of counsel in this case. In support of the motion, counsel would show the following:

1. Mr. Carpenter has informed Counsel that he no longer wishes to be represented by FDSET.

2. Mr. Carpenter has informed Counsel that he wishes to represent himself, therefore a *Faretta* hearing is requested.

3. Mr. Carpenter requests that substitute stand-by counsel be appointed.

Respectfully submitted this 2nd day of August 2021.

s/ *Benjamin G. Sharp*
Benjamin G. Sharp
Assistant Federal Community Defender
FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.
800 S. Gay Street, Suite 2400
Knoxville, TN   37929
(865) 637-7979

COUNSEL FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/ *Benjamin G. Sharp*  
Benjamin G. Sharp