# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:21-cr-38　　　　　　　　　　　　　　　　　**Date:** August 11, 2021

United States of America　**vs.**　Benjamin Carpenter

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Rachel Stone | Kara Nagorny | Michelle Gensheimer |

| Asst. U.S. Atty(s): | Probation Officer(s): | Atty(s) for Defendant(s): |
|---|---|---|
| Casey Arrowood | | Benjamin Sharp<br>Stephen McGrath |

**Others Present:**

**Proceedings:**

The Court held a motion hearing to address Doc. [34] Motion to Withdraw as Attorney filed by Benjamin Sharp. The Court held a portion of this hearing under seal. The Court granted the motion, and appointed Attorney Stephen McGrath as elbow counsel for all future proceedings. The Court also addressed Doc. [33] Motion to Continue Motion Deadlines filed by the defendant. The Court granted the motion, and reset the motion deadline to October 22, 2021, with government responses due November 5, 2021.

**Dates set at this hearing:**
- [ ] Jury Trial:
- [ ] Pretrial Conf.:
- [ ] Detention Hrng.:
- [ ] Motion Hrng:
- [ ] Status Conf:

**Deadlines set at this hearing:**
- [ ] Discovery DDL:
- [x] Motion Cut-Off: October 22
- [x] Response to Mtns: November 5
- [ ] Reciprocal Disc.:
- [ ] Plea DDL:

[x] Defendant remanded to custody.　　[ ] Defendant released on Order Setting Conditions of Release.

**Time:** 11:00　　to　12:20

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Case 3:21-cr-00038-KAC-DCP　Document 37　Filed 08/11/21　Page 1 of 1　PageID #: 222