IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.: 3:21-CR-38-KAC-DCP |
| | ) | |
| BENJAMIN ALAN CARPENTER | ) | |

**NOTICE OF FILING**

On November 4, 2021, the Court appointed undersigned counsel to assist Mr. Carpenter as elbow counsel, including providing technical and procedural assistance. [Doc. 53, pp. 3-4] Accordingly, counsel has obtained Mr. Carpenter's signed *pro se* Reply to the Government's Response to Defendant's Motions to Dismiss the Indictment for Vagueness, Overbreadth, and Entrapment and will be filing it for Mr. Carpenter on the Court's Electronic Case Filing System. Counsel's office has typed the Reply to assist Mr. Carpenter and the Court but has not changed the substance.

Respectfully submitted this 15th day of March 2022.

/s/ WADE V. DAVIES
WADE V. DAVIES [BPR #016052]
606 W. Main Street, Suite 300
P. O. Box 1126
Knoxville, TN 37901-1126
(865) 637-0661
wdavies@rdjs.law