# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

BENJAMIN ALAN CARPENTER

## WITNESS LIST

CASE NUMBER: 3:21-cr-038-1

| PRESIDING JUDGE | | | GOVERNMENT'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| KATHERINE A. CRYTZER, USDJ | | | K. WILSON/C. ARROWOOD/C. KOVATS | WADE V. DAVIES |
| **TRIAL DATES** | | | **COURT REPORTER** | **COURTROOM DEPUTY** |
| OCTOBER 10 – 19, 2023 | | | T. GRANDCHAMP | JASON HUFFAKER |

| GOVT. | DEF. | DATE CALLED | NAME OF WITNESS |
|---|---|---|---|
| W |  | 10/11/2023 | DR. CHARLES WINTER; EXTRAC |
| W |  | " | *JOHN DAVIS;* FBI ONLINE COVERT EMPLOYEE |
| W |  | 10/12/2023 | *JOHN DAVIS;* FBI ONLINE COVERT EMPLOYEE [CONT'D] |
| W |  | 10/13/2023 | KARAM KAMEL; FBI LANGUAGE ANTALYST |
| W |  | " | LEYTON ADAMS; FORMER FBI DIGITAL FORSENIC EXAMINER |
| W |  | " | PASQUALE RINALDI; FBI DIGITAL FORSENIC EXAMINER |
| W |  | " | MICAH CHILDERS; FBI SUPERVISORY SPECIAL AGENT |
| W |  | " | RICHARD SMITH; FBI SPECIAL AGENT |
|  | W | 10/16/2023 | DR. WILLIAM ANDREW PAUL; PROFESSOR, UNIVERSITY OF TENNESSEE |
|  | W | " | BENJAMIN ALAN CARPENTER |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Case 3:21-cr-00038-KAC-DCP   Document 188   Filed 10/19/23   Page 1 of 1   PageID #: 1769