| EXHIBIT | DESCRIPTION |
| --- | --- |
| Court-1 | JURY INSTRUCTIONS |
| Court-2 | SECOND SUPERSEDING INDICTMENT - 3:21-CR-038 |
| Gov-1 | ISIS FLAG |
| Gov-2 | VIDEO OF STRUCTURE OF THE KHILAFAH |
| Gov-4 | MEDIA DIWAN SLIDE-STRUCTURE OF THE KHILAFAH |
| Gov-5 | DABIQ ISSUE 12 |
| Gov-6 | RUMIYAH ISSUE 13 |
| Gov-7 | THE ISIS READER |
| Gov-8 | VIDEO OF INSIDE THE KHILAFAH |
| Gov-8-a | Inside - Clip 41sec_1min_4sec |
| Gov-8-b | Inside - Clip 3min_29sec_3min_40sec |
| Gov-8-c | Inside - Clip 4min_49sec_5min_31sec |
| Gov-8-d | Inside - Clip 5min_40sec_5min_52sec |
| Gov-8-e | Inside - Clip 7min_28sec_7min_37sec |
| Gov-8-f | Inside - Clip 7min_55sec_8min_30sec |
| Gov-8-g | Inside - Clip 13min_36sec_14min_30sec |
| Gov-8-h | Inside - Clip 14min_33sec_15min |
| Gov-9 | AL HAYAT LOGO (INSIDE 8) |
| Gov-10 | MUNASIR TABLE (INSIDE 8) |
| Gov-11 | ATP LOGO (FROM DTR 35) |
| Gov-12 | CLARIFYING MATTERS OF METHODOLOGY |
| Gov-17 | TELEGRAM CHAT RE GOOD LOGISTICS |
| Gov-18 | PAGINATED TELEGRAM CHAT TRANSCRIPT DEC 2020 TO ARREST - REDACTED |
| Gov-19 | TRANSCRIPT 1 BLEEDING CAMPAIGNS PARTIAL ARABIC |
| Gov-20 | TRANSCRIPT 1 BLEEDING CAMPAIGNS PARTIAL ENGLISH_TIMES |
| Gov-21 | Deleting TG Chats (Video) |
| Gov-22 | TRANSCRIPT 2 BLEEDING CAMPAIGNS PARTIAL ENGLISH |
| Gov-23 | TRANSCRIPT 2 BLEEDING CAMPAIGNS PARTIAL ARABIC_TIMES |
| Gov-24 | TRANSCRIPT FINAL BLEEDING CAMPAIGNS FROM CARPENTER |
| Gov-25 | TRANSCRIPT 1 TBABYL ARABIC |
| Gov-26-a | VIDEO OF BLEEDING CAMPAIGNS - SUBTITLES (360 dpi) |
| Gov-27 | TRANSCRIPT 1 TBABYL ENGLISH_TIMES |
| Gov-28 | VIDEO OF TO BE ABSOLVED BY YOUR LORD - ENGLISH SUBTITLES (PARTIAL) |
| Gov-29 | TELEGRAM CHATS (ABU MUSAB) |
| Gov-31 | LINGUIST REVIEW NOTES |
| Gov-32 | WHATSAPP (MAR 2-3, 2015) |
| Gov-33 | WHATSAPP (MAR 6, 2015) |
| Gov-34 | WHATSAPP (MAR 24, 2015) |
| Gov-35 | WHATSAPP (MAR 25, 2015) |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-38 | VIDEO OF FOR THE SAKE OF ALLAH |
| Gov-40 | ATP GRAPHIC - SHARING DAWAH |
| Gov-44 | ATP VIDEO - THE RANK |
| Gov-45 | FROM DABIQ TO ROME #28 |
| Gov-46 | FROM DABIQ TO ROME #29 |
| Gov-47 | FROM DABIQ TO ROME #30 |
| Gov-48 | FROM DABIQ TO ROME #35 |
| Gov-49 | ATP EDITING TEST |
| Gov-53 | THE ISSUE OF BEHEADING |
| Gov-60 | LEATHER JOURNAL |
| Gov-61 | CHROMEBOOK ON DESK (PHOTO) |
| Gov-63 | PHOTO OF CHROMEBOOK OPEN SCREEN |
| Gov-64 | TABLET (PHOTO) |
| Gov-65 | PHOTO OF LEATHER JOURNAL |
| Gov-66 | PHOTO OF PASSPORT |
| Gov-71 | INSIDE 8 SCREENSHOT #1 (ATP LOGO) |
| Gov-74 | ATP GRAPHIC - YOU ARE MUJAHID |
| Gov-80 | ATP PUBLICATION - THE PROMISE OF ALLAH |
| Gov-81 | ATP VIDEO - A MESSAGE TO THE EVIL SCHOLARS |
| Gov-82 | ATP VIDEO - QUESTION ON SITTING BACK FROM JIHAD |
| Gov-84 | ATP PDF LAYOUT |
| Gov-85 | KUFR BIT-TAGHUT (ENGLISH) |
| Gov-86 | KUFR BIT-TAGHUT (GERMAN) |
| Gov-87 | KUFR BIT-TAGHUT (RUSSIAN) |
| Gov-88 | KUFR BIT-TAGHUT (SPANISH) |
| Gov-90 | ATP PUBLICATION - THE PATH OF THE MUJAHIDIN TOWARDS TRIUMPH AND EMPOWERMENT |
| Gov-92 | SMILING GIRL GIF IMAGE |
| Gov-93 | TIPS FOR THE MUJAHIDEEN |
| Gov-94 | OH CRUSADER |
| Gov-96 | INSIDE 8 SCREENSHOT #2 (ATP LOGO) |
| Gov-98 | LIFE AND DEATH (ATP LOGO) |
| Gov-99 | ATTACK THEM WITH FIRE |
| Gov-100 | THE ISIS READER (MEDIA JIHAD CHAPTER) |
| Gov-101 | KHORASANIYYA CHAT (PART 1) |
| Gov-102 | KHORASANIYYA CHAT (PART 2) |
| Gov-103 | TG ACCOUNT (ABUH17171) |
| Gov-104 | TG ACCOUNT (AHADTALABAH) |
| Gov-106 | POST ARREST INTERVIEW (COMPLETE) |
| Gov-106-a | Post-Arrest Interview Clip 1 |
| Gov-106-c | Post-Arrest Interview Clip 3 |
| Gov-106-d | Post-Arrest Interview Clip 4 |
| Gov-106-e | Post-Arrest Interview Clip 5 |
| Gov-106-h | Post-Arrest Interview Clip 8 |
| Gov-106-i | Post-Arrest Interview Clip 9 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-106-j | Post-Arrest Interview Clip 10 |
| Gov-106-l | Post-Arrest Interview Clip 12 |
| Gov-106-m | Post-Arrest Interview Clip 13 |
| Gov-107 | LETTER TO MH |
| Gov-112 | 79 FED REG 27972 |
| Gov-113 | 80 FED REG 58804 |
| Gov-114 | 84 FED REG 10881 |
| Gov-116 | CLARIFYING MATTERS OF METHODOLOGY (EDITS) |
| Gov-117 | FROM DABIQ TO ROME #20 |
| Gov-118 | FROM DABIQ TO ROME #23 |
| Gov-120 | FROM DABIQ TO ROME #53 |
| Def-1 | KAMEL BLEEDING CAMPAIGNS HIGHLIGHTS |