UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

UNITED STATES OF AMERICA

v.

BENJAMIN ALAN CARPENTER
a/k/a "Abu Hamza"

Case No. 3:21-cr-38

Judge Crytzer
Magistrate Judge Poplin

## **VERDICT FORM**

With respect to Count One of the Second Superseding Indictment, charging the defendant

with attempting to provide material support and resources a foreign terrorist organization, in

violation of 18 U.S.C. § 2339B(a)(1),

We, the members of the jury, unanimously and from all the evidence find the defendant,

BENJAMIN ALAN CARPENTER,

_____ NOT GUILTY

_____ GUILTY.

19 OCT 2023

DATE

JURY FOREPERSON