EXHIBIT 4

| Name | Sentencing Court | Charges | Sentence | Underlying Conduct |
|---|---|---|---|---|
| *United States v. Warsame,* 651 F. Supp 2d 978 | Minnesota District Court | Conspiracy to provide material support to FTO | 92 months | Attended and was trained by al Qaeda and sent money to leaders of al Qaeda |
| *United States v. Nayyar,* 2013 U.S. Dist. LEXIS 79002 | Southern District of New York | 1) conspiracy to provide material support or resources to a designated FTO 18 USC 2339B; 2) providing material support to designated FTO; 3) agreeing to provide an FTO w guns, ammunition, etc. 50 USC § 1705.; 4) providing FTO with handgun, box of ammunition 50 USC § 1705; 5) conspiring to traffic firearms and ammunition without license and shipped in interstate commerce | 15 years | Defendant met with CI several times and agreed to provide firearms (sniper rifles, missiles, vehicles, bullet proof vests) to provide to Hizballah. |
| *Salim v. United States,* 2023 U.S. Dist. LEXIS 112045 | Northern District of Ohio | Concealing the financing of terrorism 18 U.S.C. § 2339C | 72 months | Provided funds to Anwar al-Awlaki |
| *United States v. Zakirov,* 2022 U.S. Dist. LEXIS 132593 | Eastern District of New York | Conspiracy to provide material support to an FTO; Attempt to provide material support to an FTO | Time served (roughly 78 months) | Raising money to fund someone else's travel to Syria to fight with ISIL. |
| *United States v. Osadzinski,* 97 F.4th 484 (7th Cir. 2024) | Northern District of Illinois | Providing material support to an FTO | 90 months | Created and distributed a computer program that allows for the copying, organizing, and distribution of ISIS propaganda housed on Telegram. |
| Saleh Elahwal | Southern District of New York | Providing material support to an FTO | 17 months | Provided satellite transmission services to |

|  |  |  |  | Hizballah's television station |
|---|---|---|---|---|
| Georgianna A.M. Giampietro | Middle District of Tennessee | Concealing material support and resources intended to be provided to a FTO. | 66 months | Assisting an OCE in planning travel to Syria to join Hayat Tahrir Al-Sham. |
| Aws Mohammed Younis Al-Jayab | Northern District of Illinois | Material support of a FTO and providing materially false statement to federal agent involving international terrorism | 60 months | Traveled to Syria and Turkey in 2013 and fought with FTO (Ansar Al-Islam) |
| Adam Shafi | Northern District of California | Attempting to provide material support to a FTO | 36 months | Attempting to travel to Turkey to join al-Nusrah Front in Syria |
| Mohamud Abdikadir Muse | Western District of Michigan | Conspiring to provide material support to ISIS | 98 months | Attempted to travel to Somalia to fight for ISIS |
| Shahidul Gaffar | Eastern District of Pennsylvania | Conspiring to provide material support to ISIS. | 18 months | Raised money to support partner's brothers who were traveling to Syria to fight for ISIS. |
| Michael Robert Soloman | District Court of Minnesota | Conspiring to provide material support to Hamas. | 36 months | Manufacturing and delivering five suppressors and auto sear to undercover employee who he believed to be Hamas. |
| Benjamin Ryan Teeter | District Court of Minnesota | Conspiring to provide material support to Hamas | 48 months | Manufactured and delivered five suppressors and auto sear to undercover employee who he believed to be Hamas. |
| Dilshod Khusanov | Eastern District New York | Attempting to provide material support to FTO, ISIS and Al-Nusra Front | 132 months | Raising money and funding for others to travel to Syria to fight for ISIS and ANF. |

| Name | District | Charge | Sentence | Description |
|---|---|---|---|---|
| Elvin Hunter Bgorn Williams | Western District of Washington | Attempting to provide material support to ISIS | 48 months | Attempted to fly to Egypt to join ISIS |
| Alaa Mohd Abusaad | Northern District of Alabama | Concealment the transmission of funds to be provided as material support to an FTO | 90 months | Assisted in coordinating and connecting undercover agent to facilitator in sending money to a foreign terrorist organization. |
| Maria Bell | District Court of New Jersey | Concealing attempts to provide material support to an FTO | 34 months | Attempted to provide funds or other material support to Jabhat Fateh al-Sham and Hay'at Tahrir al-Sham |
| Kim Anh Vo | Southern District of New York | Conspiring to provide material support to ISIS | Time served (12 months) | Working on behalf of United Syber Caliphate to release information and propaganda (including personal information about suggested targets and kill lists) |
| Joshua Stafford | Northern District of Ohio | Conspiracy to use weapon of mass destruction 18 U.S.C § 2332a; attempt to use weapon of mass destruction U.S.C § 2332a; attempt to damage or destroy property in interstate commerce by means of explosives; terrorism enhancement was applied. | 120 months | Conspired with four individuals and planted explosives which he attempted to detonate using a cell phone. |
| Joshua Van Haften | Western District of Wisconsin | Attempt to provide material support to an FTO | 120 months | Traveled to Turkey to try and join and fight for ISIS. |

| Alexei Saab | Southern District New York | Conspired to provide material support to an FTO; | 144 months | Joining Hezbollah and receiving training and carrying out operations on their behalf. |
| Shannon Conley | District Court of Colorado | Conspiracy to provide material support to an FTO | 48 months | Planned with an identified member of ISIS to join the U.S. Army Explorers to be trained in US military tactics and then travel to Syria to |
| Shelton Thomas Bell | Middle District of Florida | Conspiracy and attempt to provide material support to an FTO | 240 months | Recruited a juvenile to travel to Yemen to fight with Ansar al-Sharia. Traveled with the Juvenile to Jordan to try and fly to Oman and then to Yemen. |