EXHIBIT 5



**PRESS RELEASE**

# California Man Admits Traveling to Syria to Fight with Foreign Terrorists

Wednesday, October 31, 2018

**For Immediate Release**

U.S. Attorney's Office, Northern District of Illinois

CHICAGO — A California man who traveled to Syria to take up arms with terrorists pleaded guilty today in federal court in Chicago to providing material support to a foreign terrorist organization and lying to U.S. immigration authorities.

AWS MOHAMMED YOUNIS AL-JAYAB, 25, of Sacramento, Calif., pleaded guilty to one count of providing material support to a foreign terrorist organization, and one count of knowingly providing a materially false statement to federal agents in a matter involving international terrorism. The material support charge is punishable by up to 15 years in prison, while the false statement charge is punishable by up to eight years. U.S. District Judge Sara L. Ellis set sentencing for April 26, 2019, at 11:00 a.m., in federal court in Chicago.

The guilty plea was announced by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois; McGregor Scott, United States Attorney for the Eastern District of California; John C. Demers, Assistant Attorney General for National Security; Jeffrey S. Sallet, Special Agent-in-Charge of the Chicago office of the Federal Bureau of Investigation; and Sean Ragan, Special Agent-in-Charge of the Sacramento office of the FBI. The government is represented by Assistant U.S. Attorneys Barry Jonas and Shoba Pillay of the Northern District of Illinois, Assistant U.S. Attorney Heiko P. Coppola of the Eastern District of California, and Trial Attorney D. Andrew Sigler of the National Security Division's Counterterrorism Section.

The investigation was led by the Sacramento Joint Terrorism Task Force, which is comprised of FBI special agents and representatives from federal, state and local law enforcement agencies.

Al-Jayab admitted in a plea agreement that he flew from Chicago to Turkey in November 2013, and soon thereafter traveled into Syria, where he joined and fought with the designated foreign terrorist organization Ansar Al-Islam. He returned to the United States in January 2014, via Turkey and the United Kingdom. Upon his return in the United States, Al-Jayab's Customs Declaration Form listed only Jordan and the U.K. in the "countries visited" field, without making any mention of his travel to Turkey and Syria, the plea agreement states.

Al-Jayab also admitted that he gave false statements to agents from the U.S. Citizenship and Immigration Services during an interview in October 2014. During the interview, Al-Jayab falsely stated that the purpose of his trip to Turkey was to visit his grandmother, and he denied supporting terrorist groups, the plea agreement states.

Updated October 31, 2018

**Attachment**

Al-Jayab plea agreement [PDF, 118 KB]

**Topics**

**COUNTERTERRORISM**   **NATIONAL SECURITY**

**Component**

USAO - Illinois, Northern

# Related Content

**PRESS RELEASE**



**PRESS RELEASE**

# Georgia Woman Arrested for Conspiring to Provide Material Support to ISIS

Tuesday, March 12, 2019

**For Immediate Release**

Office of Public Affairs

Kim Anh Vo, a.k.a. "F@ng," a.k.a. "SyxxZMC," a.k.a. "Zozo," a.k.a. "Miss.Bones," a.k.a. "Sage Pi," a.k.a. "Kitty Lee," was arrested this morning in Hephzibah, Georgia. Vo was charged by a criminal Complaint with conspiring to provide material support to the Islamic State of Iraq and al-Sham (ISIS), a designated foreign terrorist organization. Vo is expected to be presented later today before Magistrate Judge Brian K. Epps in Augusta, Georgia, federal court.

Assistant Attorney General John C. Demers for National Security, U.S. Attorney Geoffrey S. Berman for the Southern District of New York, Assistant Director-in-Charge William F. Sweeney Jr. of the FBI New York Field Office and Commissioner James P. O'Neill of the Police Department for the City of New York (NYPD) made the announcement.

As alleged in the criminal Complaint, unsealed today:

In April 2016, Vo joined the United Cyber Caliphate (UCC), an online group that pledged allegiance to ISIS and committed to carrying out online attacks and cyber intrusions against Americans. Since that time, the UCC and its sub-groups have disseminated ISIS propaganda online, including "kill lists," which listed the names of individuals – for example, soldiers in the United States Armed Forces and members of the State Department – whom the group instructed their followers to kill. For example, on or about April 21, 2016, the UCC posted online

the names, addresses, and other personal identifying information of approximately 3,602 individuals in the New York City area and included a message that stated: "List of most important citizens of #New York and #Brooklyn and some other cities . . . We Want them #Dead."

Between April 2016 and May 2017, Vo worked on behalf of the UCC to recruit others to join the group and assist with the group's hacking efforts. Between January and February 2017, Vo recruited other individuals – including a minor residing in Norway – to create online content in support of ISIS, including a video (Video-1) threating a non-profit organization based in New York, New York, which was formed to find and combat the online promotion of extremist ideologies. Video-1 contained messages such as, "You messed with the Islamic State, SO EXPECT US SOON," followed by a scene displaying a photograph of the organization's chief executive officer and former U.S. Ambassador (CEO), along with the words: "[CEO], we will get you."

On or about April 2, 2017, the UCC posted online a kill list containing the names and personal identifying information of over 8,000 individuals, along with a links to another video (Video-2). Video-2 displayed messages stating, in part: "We have a message to the people of the U.S., and most importantly, your president Trump: Know that we continue to wage war against you, know that your counter attacks only makes stronger. The UCC will start a new step in this war against you. . . ." and "We will release a list with over 8000 names, addresses, and email addresses, of those who fight against the US. Or live amongst the kuffar. Kill them wherever you find them!" In subsequent scenes, Video-2 contains what appears to be a graphic depiction of the decapitation of a kneeling man.

*       *       *

Vo, 20, of Georgia, is charged with one count of conspiring to provide material support to a designated foreign terrorist organization, which carries a maximum sentence of 20 years in prison. The maximum potential sentence in this case is prescribed by Congress and is provided here for informational purposes only, as any sentencing of the defendant will be determined by a judge.

Mr. Demers and Mr. Berman praised the outstanding efforts of the FBI New York Field Office, New York Joint Terrorism Task Force, and Atlanta Field Office's Augusta Resident Agency. Mr. Demers and Mr. Berman also thanked the United States Attorney's Office for the Southern District of Georgia.

This prosecution is being handled by the Office's Terrorism and International Narcotics Unit. Assistant U.S. Attorneys Shawn G. Crowley, Sidhardha Kamaraju, and Jane Kim are in charge of the prosecution, with assistance from Trial Attorney Elisabeth Poteat of the Counterterrorism Section.

The charges contained in the Complaint are merely

Updated March 12, 2019

## Attachment

[Kim Anh Vo Complaint](#) [PDF, 7 MB]

## Topics

- **COUNTERTERRORISM**
- **NATIONAL SECURITY**

## Components

[National Security Division (NSD)](#) | [USAO - New York, Southern](#)

Press Release Number: 19-214

# Related Content

**PRESS RELEASE**

## Naval Commander Sentenced for Distributing Child Sexual Abuse Material and Retaining Classified National Defense Information

Gregory Edward McLean, 40, of Jacksonville, Florida, was sentenced today to 160 months for distributing child sexual abuse material and 120 months for unlawfully retaining classified national defense information. The...

May 30, 2024

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:19-cr-00223-NRB-1

Case title: USA v. Vo

Date Filed: 03/27/2019

Magistrate judge case number: 1:19-mj-02334-UA

Date Terminated: 02/24/2023

Assigned to: Judge Naomi Reice Buchwald

### Defendant (1)

**Kim Anh Vo**
*TERMINATED: 02/24/2023*
*also known as*
Sealed Defendant 1
*TERMINATED: 02/24/2023*

represented by **Sabrina P. Shroff**
Sabrina Shroff
80 Broad Street
19th Floor
Ste New York
New York, NY 10004
646-763-1490
Email: sabrinashroff@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:371.F CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION)
(1s)

### Disposition

Imprisonment for a total term of Time Served. Supervised release for a term of 3 Years

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:2339B.F PROVIDING MATERIAL SUPPORT OR RESOURCES TO TERRORISTS
(1)

### Disposition

Underlying count is dismissed on the motion of the US

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| 18:2339B.F CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION | |

**Plaintiff**

**USA**      represented by      **Kimberly Jane Ravener**
U.S. Attorney's Office- Southern District of New York
One St. Andew's Plaza
New York, NY 10007
212-637-2358
Fax: (212)-715-9000
Email: kimberly.ravener@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Geovjian Crowley**
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Ste 63rd Floor
New York, NY 10118
212-763-0883
Email: scrowley@kaplanhecker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidhardha Kamaraju**
Pryor Cashman LLP
7 Times Square 40th Floor
New York, NY 10036
212-637-0895
Email: skamaraju@pryorcashman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane Kim**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)-637-2038
Email: jane.kim@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2019 | | SEALED ORAL ORDER as to Sealed Defendant 1. (Signed by Magistrate Judge Debra C. Freeman on 3/8/2019)(dif) [1:19-mj-02334-UA] (Entered: 03/27/2019) |

| 03/08/2019 | 1 | COMPLAINT as to Kim Anh Vo (1). In Violation of 18 U.S.C. 2339B (Signed by Magistrate Judge Debra C. Freeman) (dif) [1:19-mj-02334-UA] (Entered: 03/27/2019) |
|---|---|---|
| 03/26/2019 | | Arrest of Kim Anh Vo. (dif) [1:19-mj-02334-UA] (Entered: 03/27/2019) |
| 03/27/2019 | 3 | CJA 23 Financial Affidavit by Kim Anh Vo. (Signed by Magistrate Judge Katharine H. Parker) (Federal Defender Sabrina Shroff Appointed) (dif) [1:19-mj-02334-UA] (Entered: 03/27/2019) |
| 03/27/2019 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kim Anh Vo. Sabrina P. Shroff for Kim Anh Vo appointed.. (Signed by Magistrate Judge Katharine H. Parker on 3/27/2019)(dif) [1:19-mj-02334-UA] (Entered: 03/27/2019) |
| 03/27/2019 | 5 | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Initial Appearance as to Kim Anh Vo held on 3/27/2019., Deft Appears with Federal Defender Sabrina Shroff and AUSA Shawn Crowley for the government. Detention on Consent w/o Prejudice; See Transcript (dif) [1:19-mj-02334-UA] (Entered: 03/27/2019) |
| 03/27/2019 | 6 | INDICTMENT FILED as to Kim Anh Vo (1) count(s) 1. (jm) (Entered: 04/10/2019) |
| 03/27/2019 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Defendant is present with attorney Sabrina Shroff; AUSA Crowley is also present. Arraignment as to Kim Anh Vo (1) Count 1 Kim Anh Vo (1) Count 1 held on 3/27/2019. Plea entered by Kim Anh Vo (1) Count 1 Kim Anh Vo (1) Count 1 Not Guilty. (jm) (Entered: 04/10/2019) |
| 03/27/2019 | | Case Designated ECF as to Kim Anh Vo. (jm) (Entered: 04/10/2019) |
| 04/02/2019 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald:Pretrial Conference as to Kim Anh Vo held on 4/2/2019, As to Kim Anh Vo. AUSAs Crowley and Kamaraju are present. Also present are defense counsel Sabrina Shroff, defendant and Court Reporter. Disposition: next status conference is scheduled for 6/12/19 at 2:30 PM. Speedy Trial Time is excluded until then. ( Status Conference set for 6/12/2019 at 02:30 PM before Judge Naomi Reice Buchwald.) (jm) (Entered: 04/10/2019) |
| 06/09/2019 | 7 | LETTER by Kim Anh Vo addressed to Judge Naomi Reice Buchwald from Sabrina Shroff, Assistant Federal Defender dated June 9,, 2019 re: Request for adjournment of status conference (Shroff, Sabrina) (Entered: 06/09/2019) |
| 06/10/2019 | 8 | ENDORSED LETTER as to Kim Anh Vo addressed to Judge Naomi Reice Buchwald from Sabrina P. Shroff re: Reschedule Conference....ENDORSEMENT: The conference is adjourned until June 26, 2019 at 2:30pm. SO ORDERED ( Status Conference set for 6/26/2019 at 02:30 PM before Judge Naomi Reice Buchwald.) Time excluded from 6/10/19 until 6/26/19. (Signed by Judge Naomi Reice Buchwald on 6/10/2019)(jw) (Entered: 06/10/2019) |
| 06/26/2019 | 9 | (S1) SUPERSEDING INFORMATION (Felony) filed as to Kim Anh Vo (1) count(s) 1s. (jm) (Entered: 06/28/2019) |
| 06/26/2019 | 10 | WAIVER OF INDICTMENT by Kim Anh Vo. (jm) (Entered: 06/28/2019) |
| 06/26/2019 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Change of Plea Hearing as to Kim Anh Vo held on 6/26/2019. Plea entered by Kim Anh Vo (1) Guilty as to Count 1s. Present: Jane Kim for the Government; Sabrina Shroff for Defendant; defendant; court reporter Disposition: Defendant pleads guilty to Count 1 of the superseding information, and defendant's guilty plea is accepted by the Court. By the Court's calculation, the presentence report will be ready by September 17, 2019. Defendant's sentencing submission is due October 3, 2019, and the Government's sentencing submission is due October 10, 2019. The sentencing is scheduled for October 17, 2019, at |

| | | |
|---|---|---|
| | | 2:30 PM. (Sentencing set for 10/17/2019 at 02:30 PM before Judge Naomi Reice Buchwald.) (jbo) (Entered: 06/28/2019) |
| 06/26/2019 | | Change of Not Guilty Plea to Guilty Plea as to Kim Anh Vo (1) Count 1s. (jbo) (Entered: 06/28/2019) |
| 06/26/2019 | | Order of Referral to Probation for Presentence Investigation and Report as to Kim Anh Vo. (Signed by Judge Naomi Reice Buchwald on 6/26/19)(jbo) (Entered: 06/28/2019) |
| 07/22/2019 | 11 | LETTER by Kim Anh Vo addressed to Judge Naomi Reice Buchwald from Sabrina Shroff, Assistant Federal Defender dated July 22, 2019 (Shroff, Sabrina) (Entered: 07/22/2019) |
| 07/25/2019 | 12 | ORDER as to Kim Anh Vo. The Court has received the letter regarding the sentencing of Kim Anh Vo. Per the defendant's request, the sentencing, currently scheduled for October 17, 2019, is rescheduled to Thursday, December 5, 2019, at 2:30 PM. The defendant's sentencing submission is due November 19, 2019. The Government's sentencing submission is due November 26, 2019. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 7/25/2019)(bw) (Entered: 07/25/2019) |
| 07/29/2019 | 13 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kim Anh Vo. Notice is hereby given that an official transcript of a Plea proceeding held on 06/26/2019 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/29/2019) |
| 07/29/2019 | 14 | TRANSCRIPT of Proceedings as to Kim Anh Vo re: Plea held on 06/26/2019 before Judge Naomi Reice Buchwald. Court Reporter/Transcriber: Raquel Robles, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/19/2019. Redacted Transcript Deadline set for 8/29/2019. Release of Transcript Restriction set for 10/28/2019. (McGuirk, Kelly) (Entered: 07/29/2019) |
| 11/24/2019 | 16 | LETTER by Kim Anh Vo addressed to Judge Naomi Reice Buchwald (Shroff, Sabrina) (Entered: 11/24/2019) |
| 11/26/2019 | 17 | NOTICE OF ATTORNEY APPEARANCE Jane Kim appearing for USA. (Kim, Jane) (Entered: 11/26/2019) |
| 11/26/2019 | 18 | ORDER as to Kim Anh Vo ( Sentencing set for 2/5/2020 at 02:45 PM before Judge Naomi Reice Buchwald.) Sentencing is rescheduled for February 5, 2020 at 2:45pm. The defendant's sentencing submission is due on January 22, 2020. The Government's sentencing submission is due on January 29, 2020. (Signed by Judge Naomi Reice Buchwald on 11/25/19)(jw) (Entered: 11/26/2019) |
| 01/24/2020 | 19 | LETTER by Kim Anh Vo addressed to Judge Naomi Reice Buchwald from sabrina shroff dated january 24 2020 (Shroff, Sabrina) (Entered: 01/24/2020) |
| 01/27/2020 | 20 | MEMO ENDORSED as to Kim Anh Vo re: 19 Letter...ENDORSEMENT: The sentence is adjourned until April 6, 2020 at 2:30 pm. So Ordered. (Signed by Judge Naomi Reice Buchwald on 1/27/20)(jbo) (Entered: 01/27/2020) |
| 01/27/2020 | | Set/Reset Hearings as to Kim Anh Vo: Sentencing set for 4/6/2020 at 02:30 PM before Judge Naomi Reice Buchwald. (jbo) (Entered: 01/27/2020) |
| 03/27/2020 | 21 | LETTER by Kim Anh Vo addressed to Judge Naomi Reice Buchwald from sabrina p. shroff dated March 27, 2020 re: Bail (Shroff, Sabrina) (Entered: 03/27/2020) |

| | | |
|---|---|---|
| 03/30/2020 | 22 | NOTICE OF ATTORNEY APPEARANCE Shawn Geovjian Crowley appearing for USA. (Crowley, Shawn) (Entered: 03/30/2020) |
| 03/30/2020 | 23 | NOTICE OF ATTORNEY APPEARANCE Sidhardha Kamaraju appearing for USA. (Kamaraju, Sidhardha) (Entered: 03/30/2020) |
| 03/30/2020 | 24 | LETTER by USA as to Kim Anh Vo addressed to Judge Naomi Reice Buchwald from USA dated 3/30/2020 re: Defendant's Bail Motion Document filed by USA. (Kamaraju, Sidhardha) (Entered: 03/30/2020) |
| 03/30/2020 | 25 | ORDER FOR RELEASE ON BAIL as to Kim Anh Vo. On consent of the parties the Court orders the release of defendant Kim Anh Vo on the following conditions: 1. $25,000 PRB signed by two co-signors (Ms. Vo's mother and a family friend); 2. Home detention at 718 Talon Ct, Evans, Georgia 30809, with Electronic Monitoring; 3. Strict pretrial supervision with mental health treatment via telemedicine through Georgia Family Crisis Solutions in Martinez, Georgia or as directed by pretrial; 4. No computer or access to computers unless specifically authorized by the Court; 5. No accessing the internet, including through any smart phones or computers; 6. Meet with the FBI and/or New York Crime Commission Disruption and Early Engagement (DEEP) program as directed by the FBI and/or DEEP personnel; 7. Participate in DEEP program as directed by DEEP personnel; 8. Travel restricted to the Southern District of New York and the District of Georgia and all points in between necessary for travel between the districts; 9. Allow for premises to be searched by pretrial/ probation; 10. Ms. Vo is to be released upon the signing of the bond by two co-signers and when pretrial equips her with electronic monitoring. All other conditions to be met as directed by the FBI or DEEP. 11. If, within one week after she is released, Ms. Vo is not accepted into the DEEP program, she agrees to be remanded to the custody of the United States Marshals and will not to make any further bail applications. SO ORDERED: (Signed by Judge Naomi Reice Buchwald on 3/30/2020)(bw) (Entered: 03/30/2020) |
| 03/31/2020 | 26 | Appearance Bond Entered as to Kim Anh Vo in amount of $25,000.00. 1. $25,000 PRB signed by two co-signors (Ms. Vo's mother and a family friend). 2. Home detention at 718 Talon Ct, Evans, Georgia 30809, with Electronic Monitoring. 3. Strict pretrial supervision with mental health treatment via telemedicine through Georgia Family Crisis Solutions in Martinez, Georgia or as directed by pretrial. 4. No computer or access to computers unless specifically authorized by the Court 5.No accessing the internet, including through any smart phones or computers. 6. Meet with the FBI and/or New York Crime Commission Disruption and Early Engagement (DEEP) program as directed by the FBI and/or DEEP personnel. 7. Participate in DEEP program as directed by DEEP personnel. 8. Travel restricted to the Southern District of New York and the District of Georgia and all points in between necessary for travel between the districts. 9. Allow for premises to be searched by pretrial/ probation. 10.Ms. Vo is to be released upon the signing of the bond by two co-signers and when pretrial equips her with electronic monitoring. All other conditions to be met as directed by the FBI or DEEP. 11. If, within one week after she is released, Ms. Vo is not accepted into the DEEP program, she agrees to be remanded to the custody of the United States Marshals and will not to make any further bail applications. (bw) (Entered: 04/02/2020) |
| 04/20/2020 | 27 | ORDER as to Kim Anh Vo: It is hereby ORDERED that the defendant's bail be modified to include a condition of "not to possess a firearm, destructive device or other dangerous weapon." (Signed by Judge Naomi Reice Buchwald on 4/20/2020) (ap) (Entered: 04/20/2020) |
| 11/19/2020 | 28 | ORDER as to Kim Anh Vo: This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f), to confirm the Government's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible |

| Date | # | Description |
|---|---|---|
| | | consequences of violating those obligations. (Signed by Judge Naomi Reice Buchwald on 11/19/2020) (ap) (Entered: 11/20/2020) |
| 03/19/2021 | 29 | Sentencing Letter by Kim Anh Vo addressed to Naomi Reice Buchwald from Sabrina P. Shroff dated march 19, 2021 re: Request for Mental Health Treatment. (Shroff, Sabrina) (Entered: 03/19/2021) |
| 03/22/2021 | 30 | MEMO ENDORSEMENT as to Kim Anh Vo on re: 29 Sentencing Letter by Kim Anh Vo addressed to Naomi Reice Buchwald from Sabrina P. Shroff dated march 19, 2021 re: Request for Mental Health Treatment. ENDORSEMENT: So Ordered. (Signed by Judge Naomi Reice Buchwald on 3/22/2021) (ap) (Entered: 03/22/2021) |
| 10/21/2021 | 31 | NOTICE OF ATTORNEY APPEARANCE Kimberly Jane Ravener appearing for USA. (Ravener, Kimberly) (Entered: 10/21/2021) |
| 11/05/2021 | 32 | LETTER MOTION addressed to Judge Naomi Reice Buchwald from AUSA Kimberly Ravener dated November 5, 2021 re: Sentencing Schedule . Document filed by USA as to Kim Anh Vo. (Ravener, Kimberly) (Entered: 11/05/2021) |
| 11/08/2021 | 33 | LETTER MOTION addressed to Judge Naomi Reice Buchwald from sabrina P. Shroff dated November 8. 2021 re: Opposition to Govt Request for immediate sentence . Document filed by Kim Anh Vo. (Shroff, Sabrina) (Entered: 11/08/2021) |
| 11/30/2021 | 34 | Waiver of Right to be Present at Criminal Proceeding as to Kim Anh Vo. (Signed by Judge Naomi Reice Buchwald on 11/30/21)(jbo) (Entered: 12/01/2021) |
| 12/01/2021 | | The dial-in for the teleconference today, December 1, 2021 at 11:30 am is (888) 363-4749, access code 2712517. (Entered: 12/01/2021) |
| 12/01/2021 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Status Conference as to Kim Anh Vo held on 12/1/2021. A status conference for Defendant Kim Vo was held on December 1, 2021 before Judge Buchwald via telephone. Present: AUSA Kimberly Ravener; Sabrina P. Shroff for Defendant; Defendant; and Court Reporter. (ap) (Entered: 12/01/2021) |
| 12/14/2021 | 35 | LETTER MOTION addressed to Judge Naomi Reice Buchwald from sabrina p. shroff dated December 14, 2021 re: Update Re: Ms.Vo & DEEP . Document filed by Kim Anh Vo. (Shroff, Sabrina) (Entered: 12/14/2021) |
| 01/05/2022 | 36 | LETTER by Kim Anh Vo addressed to Judge Naomi Reice Buchwald from sabrina p. shroff dated January 5, 2022 re: Update regarding Ms. Vo & DEEP (Shroff, Sabrina) (Entered: 01/05/2022) |
| 01/06/2022 | 37 | MEMO ENDORSEMENT as to Kim Anh Vo on 36 LETTER by Kim Anh Vo addressed to Judge Naomi Reice Buchwald from sabrina p. shroff dated January 5, 2022 re: Update regarding Ms. Vo & DEEP. ENDORSEMENT: Application granted. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 1/6/2022) (lnl) (Entered: 01/06/2022) |
| 02/16/2022 | 38 | LETTER by Kim Anh Vo addressed to Judge Naomi Reice Buchwald from sabrina p. shroff dated February 16, 2022 re: Update on DEEP (Shroff, Sabrina) (Entered: 02/16/2022) |
| 03/29/2022 | 39 | LETTER MOTION addressed to Judge Naomi Reice Buchwald from sabrina p. shroff dated March 29, 2022 re: Update on DEEP . Document filed by Kim Anh Vo. (Attachments: # 1 Exhibit)(Shroff, Sabrina) (Entered: 03/29/2022) |
| 07/18/2022 | 40 | LETTER MOTION addressed to Judge Naomi Reice Buchwald from sabrina p. shroff dated July 18, 2022 re: Sentencing Date . Document filed by Kim Anh Vo. (Shroff, Sabrina) (Entered: 07/18/2022) |

| | | | |
|---|---|---|---|
| 07/26/2022 | 41 | | ENDORSED LETTER as to Kim Anh Vo addressed to Judge Naomi Reice Buchwald from Attorney Sabrina Shroff dated July 14, 2022 BY ECF re: I write to update the Court regarding Ms. Vo who is pending sentence before this court. ENDORSEMENT: Application granted. The updated pre-sentence investigation report will be completed by October 1, 2022. The sentencing hearing is scheduled for November 10, 2022 at 11:00 a.m. The defense submission is due October 27 and the Government's submission is due November 3. SO ORDERED. ( Brief due by 10/27/2022. Responses to Brief due by 11/3/2022. Sentencing set for 11/10/2022 at 11:00 AM before Judge Naomi Reice Buchwald. )(Signed by Judge Naomi Reice Buchwald on 7/26/2022)(bw) (Entered: 07/26/2022) |
| 10/31/2022 | 43 | | MOTION to Continue *sentencing hearing*. Document filed by Kim Anh Vo. (Shroff, Sabrina) (Entered: 10/31/2022) |
| 10/31/2022 | 44 | | MEMO ENDORSEMENT as to Kim Anh Vo granting 43 MOTION to Continue sentencing hearing. ENDORSEMENT: Application granted. The sentencing hearing is adjourned until December 15, 2022 at 12:00 p.m. The defendant's submission is due November 29, 2022. The Government's submission is due December 6, 2022. SO ORDERED. (Sentencing set for 12/15/2022 at 12:00 PM before Judge Naomi Reice Buchwald) (Signed by Judge Naomi Reice Buchwald on 10/31/2022) (lnl) (Entered: 10/31/2022) |
| 12/01/2022 | 45 | | MOTION to Continue . Document filed by Kim Anh Vo. (Shroff, Sabrina) (Entered: 12/01/2022) |
| 12/02/2022 | 46 | | MEMO ENDORSEMENT as to Kim Anh Vo (1) granting 45 MOTION to Continue. ENDORSEMENT: Application granted. The sentencing hearing is adjourned until January 31, 2023 at 11:00 a.m. The defendant's submission is due January 10, 2023. The Government's submission is due January 24, 2023. (Signed by Judge Naomi Reice Buchwald on 12/2/2022) (ap) (Entered: 12/02/2022) |
| 12/02/2022 | | | Set/Reset Hearings as to Kim Anh Vo: Sentencing set for 1/31/2023 at 11:00 AM before Judge Naomi Reice Buchwald. (ap) (Entered: 12/02/2022) |
| 01/11/2023 | 47 | | SENTENCING SUBMISSION by Kim Anh Vo. (Shroff, Sabrina) (Entered: 01/11/2023) |
| 01/22/2023 | 48 | | MOTION to Continue *sentencing as defense counsel is at trial on case in Eastern District of New York*. Document filed by Kim Anh Vo. (Shroff, Sabrina) (Entered: 01/22/2023) |
| 01/23/2023 | 49 | | MEMO ENDORSEMENT as to Kim Anh Vo (1) granting 48 MOTION to Continue sentencing as defense counsel is at trial on case in Eastern District of New York. ENDORSEMENT: Application granted. The sentencing hearing is adjourned until February 23, 2023 at 12:30 p.m. (Signed by Judge Naomi Reice Buchwald on 1/23/2023) (ap) (Entered: 01/23/2023) |
| 01/23/2023 | | | Set/Reset Hearings as to Kim Anh Vo: Sentencing set for 2/23/2023 at 12:30 PM before Judge Naomi Reice Buchwald. (ap) (Entered: 01/23/2023) |
| 01/24/2023 | 50 | | SENTENCING SUBMISSION by USA as to Kim Anh Vo. (Ravener, Kimberly) (Entered: 01/24/2023) |
| 02/16/2023 | 51 | | SENTENCING SUBMISSION by Kim Anh Vo. (Attachments: # 1 Exhibit Letter of Support, # 2 Exhibit Letter of Support)(Shroff, Sabrina) (Entered: 02/16/2023) |
| 02/23/2023 | | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Sentencing held on 2/23/2023 for Kim Anh Vo (1) Count 1s. Present: AUSA Kimberly J. Ravener, FBI Agent Jacqueline Ross, and FBI Agent George Murphy for the Government; Sabrina P. Shroff for Defendant; Defendant; Court Reporter. A sentencing hearing was held before |

| | | |
|---|---|---|
| | | Judge Buchwald in-person on February 23, 2023. The Court sentenced Defendant to time served; three years supervised release subject to mandatory, standard, and special conditions; and a $100 special assessment. (bw) (Entered: 02/23/2023) |
| 02/24/2023 | | DISMISSAL OF COUNTS on Government Motion as to Kim Anh Vo (1) Count 1. (jw) (Entered: 02/24/2023) |
| 02/24/2023 | 52 | FILED JUDGMENT IN A CRIMINAL CASE as to Kim Anh Vo (1), Count(s) 1 is dismissed on the motion of the US; Pleaded guilty to Count(s) 1s, Imprisonment for a total term of Time Served. Supervised release for a term of 3 Years. Special Assessment of $100 which is due immediately (Signed by Judge Naomi Reice Buchwald on 2/24/2023)(jw) (Entered: 02/24/2023) |
| 03/10/2023 | 53 | TRANSCRIPT of Proceedings as to Kim Anh Vo re: Sentence held on 2/23/2023 before Judge Naomi Reice Buchwald. Court Reporter/Transcriber: Sharonda Jones, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/31/2023. Redacted Transcript Deadline set for 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (McGuirk, Kelly) (Entered: 03/10/2023) |
| 03/10/2023 | 54 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kim Anh Vo. Notice is hereby given that an official transcript of a Sentence proceeding held on 2/23/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 03/10/2023) |
| 03/22/2024 | 55 | LETTER MOTION addressed to Judge Naomi Reice Buchwald from sabrina p. shroff dated March 22, 2024 re: Travel to Vietnam . Document filed by Kim Anh Vo. (Shroff, Sabrina) (Entered: 03/22/2024) |
| 03/26/2024 | 56 | MEMO ENDORSEMENT as to Kim Anh Vo (1) on 55 LETTER MOTION addressed to Judge Naomi Reice Buchwald from sabrina p. shroff dated March 22, 2024 re: Travel to Vietnam. ENDORSEMENT: The Court has no objection, in principle, to defendant's request for international travel if plaintiff is able to obtain a passport and provides her travel itinerary, and/or any other travel information as requested, to the Probation Officer. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 3/26/2024) (lnl) Modified on 3/27/2024 (lnl). (Entered: 03/27/2024) |
| 04/16/2024 | 57 | PROBATION FORM 22 - TRANSFER OF JURISDICTION as to Kim Anh Vo. By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Kim Anh Vo's supervision from the Southern District of New York to the Southern District of Georgia, the sealed records of the Court in the above-styled matter relating to Kim Anh Vo are unsealed for the limited purpose of transferring those records to the United States District Court for the Southern District of Georgia and to the Probation Department in that district. (UNSIGNED BY ACCEPTING JURISDICTION). (Signed by Judge Naomi Reice Buchwald on 4/16/2024) (ap) (Entered: 04/16/2024) |
| 05/02/2024 | 58 | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. - Southern District of Georgia as to (19-Cr-223-1) Kim Anh Vo. [*** NOTE: This Prob 22 Form signed by Judge Naomi Reice Buchwald on April 16, 2024; Signed by Receiving Court Judge on 4/26/2024. ***] (bw) (Entered: 05/02/2024) |

| 05/02/2024 | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT (via E-Mail) as to (19-Cr-223-1) Kim Anh Vo to the U.S.D.C. - Southern District of Georgia. The PDFs of the following documents were e-mailed on 5/2/2024: (1) Transfer of Jurisdiction Form [doc.# 58], (2) Judgment [doc.# 52], (3) Waiver of Indictment [doc.# 10], (4) S1 Superseding Information [doc.# 9], (5) Docket Sheet. (bw) (Entered: 05/02/2024) |
|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/05/2024 13:21:22 | | | |
| PACER Login: | davieswv | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:19-cr-00223-NRB |
| Billable Pages: | 8 | Cost: | 0.80 |



**United States Attorney**
**Southern District of New York**

| | | |
|---|---|---|
| FOR IMMEDIATE RELEASE<br>JUNE 23, 2009 | CONTACT: | U.S. ATTORNEY'S OFFICE<br>YUSILL SCRIBNER,<br>REBEKAH CARMICHAEL,<br>JANICE OH<br>PUBLIC INFORMATION OFFICE<br>(212) 637-2600 |

## NEW JERSEY MAN SENTENCED TO 17 MONTHS IN PRISON FOR PROVIDING MATERIAL SUPPORT AND RESOURCES TO HIZBALLAH

LEV L. DASSIN, the Acting United States Attorney for the Southern District of New York, announced that SALEH ELAHWAL, 56, of Matawan, New Jersey, was sentenced today to 17 months in prison for providing material support to Hizballah, a Foreign Terrorist Organization. The sentence was imposed in Manhattan federal court by United States District Judge RICHARD M. BERMAN, before whom ELAHWAL previously pleaded guilty. According to the criminal Complaint, Count Two of the Superseding Indictment, to which ELAHWAL pleaded guilty, and statements made during proceedings in Manhattan federal court:

Hizballah ("Party of God") is an organization based in Lebanon whose stated mission is the establishment of a fundamentalist Islamic state and the destruction of the State of Israel. Hizballah regards the United States as its enemy in this struggle. Since its inception in approximately 1982, Hizballah has pursued its mission through, among other things, attacks on civilian targets. Hizballah has been designated by the Secretary of State as a Foreign Terrorist Organization and a Specially Designated Global Terrorist. Al-Manar ("the Beacon") is a Lebanon-based television station operated by Hizballah and designed to cultivate support for Hizballah's activities and mission. Al-Manar has been named a Specially Designated Global Terrorist since March 2006.

From approximately 2005 through 2006, ELAHWAL, through a Brooklyn and Staten Island-based satellite transmission company he helped operate, HDTV Limited, provided satellite transmission services to al-Manar, in exchange for thousands of dollars in payments from al-Manar. ELAHWAL provided these services knowing that al-Manar is Hizballah's television station.

In addition to the prison term, Judge BERMAN ordered ELAHWAL to pay a fine of $7500, serve 200 hours of community service, and 3 years of supervised release.

In April 2009, co-defendant JAVED IQBAL, who also pleaded guilty to providing material support to Hizballah, was sentenced to 69 months in prison.

Mr. DASSIN praised the work of the Federal Bureau of Investigation's Joint Terrorist Task Force in conducting the investigation.

Assistant United States Attorneys ERIC SNYDER and DAVID LEIBOWITZ are in charge of the prosecution.

09-190                            ###

# UNITED STATES DISTRICT COURT
Northern District of Illinois

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| v. | ) | |
| THOMAS OSADZINSKI | ) | Case Number: 1:19-CR-00869(1) |
| | ) | USM Number: 54279-424 |
| | ) | |
| | ) | Steven Greenberg & Joshua Herman |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**
☐ pleaded guilty to count(s)
☐ pleaded nolo contendere to count(s)       which was accepted by the court.
☒ was found guilty on count(s) 1 of the Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- |
| 18 U.S.C. § 2339B (a)(1)   Attempt to Provide Material Support To Foreign Terrorist Organization | 11/30/2019 | 1 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

November 17, 2022
Date of Imposition of Judgment

*/s/ Robert W. Gettleman*
Signature of Judge
Robert W. Gettleman, United States District Judge

Name and Title of Judge

  November 17, 2022
Date

DEFENDANT: THOMAS OSADZINSKI
CASE NUMBER: 1:19-CR-00869(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Ninety (90) months as to Count 1.

☒ The court makes the following recommendations to the Bureau of Prisons: the defendant Osadzinski be designated to a facility as close to Chicago, Illinois as possible to permit family visitation.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at    on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 pm on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____ at_____, with a certified copy of this judgment.

                                          _____
                                          UNITED STATES MARSHAL

                                  By _____
                                            DEPUTY UNITED STATES MARSHAL