IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO.: 3:21-CR-38-KAC-DCP |
| | ) | |
| BENJAMIN ALAN CARPENTER | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Benjamin Alan Carpenter hereby appeals to the United States Court of Appeals for the Sixth Circuit from his conviction, sentence and judgment pronounced on July 17, 2024 [See Judgment, R.E. 242].

Respectfully submitted this 19th day of July, 2024, by:

/s/ Wade V. Davies
Wade V. Davies, BPR # 016052
RITCHIE, DAVIES, JOHNSON & STOVALL, P.C.
606 W. Main Street, Suite 300
Knoxville, TN 37902
Telephone: (865) 637-0661
Email: wdavies@rdjs.law
*Counsel for Benjamin Alan Carpenter*